No. 03–7281. LOTT v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7282. YATES v. STRAIN, SHERIFF, ST. TAMMANY PARISH, LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 03–7283. JOHNSON v. PEP BOYS-MANNY, MOE & JACK, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–7293. SIMPSON v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–7297. APODACA v. COLORADO. Dist. Ct. Colo., Denver County. Certiorari denied.

No. 03–7300. BROWN v. MAHONEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7301. PARADA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–7306. COOPER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7307. ZHU v. COUNTRYWIDE REALTY CO., INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–7308. WERNER v. RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 03–7309. PENDLETON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–7310. NORSWORTHY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7314. AMAKER v. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–7315. MONCURE v. WARNER, GOVERNOR OF VIRGINIA, ET AL. Sup. Ct. Va. Certiorari denied.